## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

ADRIAN BENALLY and
AARON TSOSIE,

    Plaintiffs,

v.   No.  1:15-cv-00803-WJ-LF

SENTRY INSURANCE CO., a
Mutual Company,
and LUELLA GONZALES,

    Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Motion to Dismiss With Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Complaint, together with all other claims which could have been asserted therein, should be dismissed with prejudice, each party to bear its own costs and attorney's fees.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' claims in the Complaint, together with all other claims which could have been asserted therein, be and hereby are dismissed with prejudice, each party to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

  Approved Electronically 2/10/16    
Nathan S. Anderson
Barber & Borg, LLC
P.O. Box 30745
Albuquerque, NM 87190-0745
(505) 884-0004
nathan@barberborg.com
*Attorneys for Plaintiffs*


  /s/ *Brant L. Lillywhite*               
Brant L. Lillywhite
Allen, Shepherd, Lewis & Syra, P.A.
PO Box 4750
Albuquerque, NM 87199-4750
(505) 341-0110
blillywhite@allenlawnm.com
*Attorneys for Defendants*